WILLIAM J. O'GRADY, ESQ.
Nevada Bar No. 10415
**O'GRADY LAW GROUP, LLC**
1980 Festival Plaza Dr., Suite 300
Las Vegas, Nevada 89135
Telephone No. (702) 856-4730
Facsimile: (702) 946-0808
wogrady@ogradylawlv.com
*Attorneys for O'Grady Law Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liablity company, et al.,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MARKETING, LLC d/b/a TIMESHARE COMPLIANCE, a Wyoming liability company, et al.,<br><br>Defendants. | CASE NO. 2:21-cv-00017<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL**<br>**(First Request)** |

Pursuant to Civil Practice Local Rule 6-1, Diamond Resort U.S. Collection Development, LLC and Diamond Resorts Hawaii Collection Development, LLC (collectively, "Diamond Resorts" or "Plaintiffs") and O'Grady Law Group, by and through the undersigned counsel of record hereby stipulate and agree that Respondent O'Grady Law Group shall have through and until February 5, 2021, to respond to Diamond Resorts Motion to Compel Compliance with Subpoena issued August 31, 2020, which was filed on January 5, 2021 (ECF No. 1). The Motion to Compel was served on January 11, 2021. No extension is sought with regard to the following motions filed concurrently with the Motion to Compel: Motion to Seal (ECF No. 2) and Motion to Transfer (ECF No. 3).

This extension is being requested due to counsel for O'Grady Law Group, William J. O'Grady, Esq., who is a sole practitioner, being diagnosed with COVID-19 on or about December 29, 2020. This diagnosis required an initial fourteen (14) day quarantine, and due to lingering symptoms has delayed his return and diminished his ability to work. Furthermore, Mr. O'Grady has a binding arbitration scheduled for January 26th and 27th, 2021, which cannot be rescheduled as it has already been moved once due to COVID-19 related issues. This is the parties first request for an extension of time.

**IT IS SO STIPULATED**

DATED: January 20, 2021

WILEY PETERSON

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
*Attorneys for Diamond Resorts U.S. Collection Development, LLC*

DATED: January 20, 2021

DATED: January 20, 2021

O'GRADY LAW GROUP

By: /s/ William J. O'Grady
WILLIAM J. O'GRADY, ESQ.
Nevada Bar No. 10415
1980 Festival Plaza Dr. Suite 300
Las Vegas, NV 89135
*Attorneys for O'Grady Law Group*

DATED: January 20, 2021

**ORDER**

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

\\\

\\\

\\\

IT IS HEREBY ORDERED that the time for O'GRADY LAW GROUP to respond to Plaintiffs' Motion to Compel Compliance with Subpoena issued August 31, 2020 (ECF No. 1), shall be continued to February 5, 2021.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 21, 2021

Submitted by,

O'GRADY LAW GROUP, LLC

By: /s/ William J. O'Grady SBN 10415

WILLIAM J. O'GRADY, ESQ.
Nevada Bar No. 10415
1980 Festival Plaza Dr., Suite 300
Las Vegas, Nevada 89135
*Attorneys for O'Grady Law Group, LLC*