JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

Teresa C. Chow (CA Bar #237694)
tchow@bakerlaw.com
(will comply with LR IA 11-2 within 14 days)
Elizabeth M. Treckler (CA Bar #282432)
etreckler@bakerlaw.com
(will comply with LR IA 11-2 within 14 days)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    (310) 820-8800
Facsimile:    (310) 820-8859

Attorney for Plaintiffs
DIAMOND RESORTS U.S. COLLECTION
DEVELOPMENT, LLC, and DIAMOND
RESORTS HAWAII COLLECTION
DEVELOPMENT, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liablity company, et al.,<br><br>               Plaintiff,<br>v.<br><br>PANDORA MARKETING, LLC d/b/a TIMESHARE COMPLIANCE, a Wyoming liability company, et al.,<br><br>               Defendants. | CASE NO.: 2:21-cv-00017<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE OF NON-PARTY O'GRADY LAW GROUP WITH SUBPOENA ISSUED AUGUST 31, 2020**<br>**(FIRST REQUEST)** |

Pursuant to Civil Practice Local Rule IA 6-1, Diamond Resort U.S. Collection Development, LLC and Diamond Resorts Hawaii Collection Development, LLC (collectively, "Diamond Resorts" or "Plaintiffs") and O'Grady Law Group (O'Grady"), by and through the undersigned counsel of record

1

hereby stipulate and agree that Plaintiff Wiley Petersen shall have through and until February 19, 2021, to file a Reply in support of Diamond Resorts' Motion to Compel Compliance with Subpoena issued August 31, 2020, which was filed on January 5, 2021 (ECF No. 1). Pursuant to a Stipulation and Order, (ECF No. 8) O'Grady filed an Opposition on February 5, 2021 (ECF No. 12). Pursuant to LR 7-2(b), the Reply is currently due on February 12, 2021.

This extension is being requested due to counsel for Diamond Resorts having a particularly demanding schedule the week of February 8, 2021, including numerous deadlines and depositions. Furthermore, the Response is substantive and will require additional time to properly address. This is the parties first request for an extension of time related to this filing.

**IT IS SO STIPULATED**

DATED: February 9, 2021

WILEY PETERSEN

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
*Attorneys for Diamond Resorts*
*U.S. Collection Development, LLC*

DATED: February 9, 2021

O'GRADY LAW GROUP

By: \s\ William O'Grady
WILLIAM J. O'GRADY, ESQ.
Nevada Bar No. 10415
1980 Festival Plaza Dr. Suite 300
Las Vegas, NV 89135
*Attorneys for O'Grady Law Group*

**ORDER**

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

\ \ \

\ \ \

\ \ \

IT IS HEREBY ORDERED that the time for Diamond Resorts to file a Reply in support of Diamond Resorts' Motion to Compel Compliance with Subpoena issued August 31, 2020 (ECF No. 1), shall be continued to February 19, 2021.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 10, 2021

Submitted by,

WILEY PETERSEN

By: _____

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
*Attorneys for Diamond Resorts*
*U.S. Collection Development, LLC*

3