JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

Elizabeth M. Treckler (CA Bar #282432)
PRO HAC VICE
etreckler@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    (310) 820-8800
Facsimile:    (310) 820-8859

Attorney for Plaintiffs,
DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liablity company, et al.,<br><br>Plaintiff,<br>v.<br><br>PANDORA MARKETING, LLC d/b/a TIMESHARE COMPLIANCE, a Wyoming liability company, et al.,<br><br>Defendants. | CASE NO.: 2:21-cv-00017<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE OF NON-PARTY O'GRADY LAW GROUP WITH SUBPOENA ISSUED AUGUST 31, 2020**<br>**(SECOND REQUEST)** |

    Pursuant to Civil Practice Local Rule IA 6-1, Diamond Resort U.S. Collection Development, LLC and Diamond Resorts Hawaii Collection Development, LLC (collectively, "Diamond Resorts" or "Plaintiffs") and O'Grady Law Group (O'Grady"), by and through the undersigned counsel of record hereby stipulate and agree that Plaintiffs shall have through and until February 26, 2021, to file their Reply in support of Diamond Resorts' Motion to Compel Compliance with Subpoena issued August

1

31, 2020, which was filed on January 5, 2021 (ECF No. 1). Pursuant to a Stipulation and Order, (ECF No. 8) O'Grady filed an Opposition on February 5, 2021 (ECF No. 12). Pursuant to the stipulation of the parties (ECF No. No. 14), the Reply is currently due on February 19, 2021.

This extension is being requested due to recent relevant developments in the underlying litigation proceeding in the Central District of California. Specifically, that Court recently ruled on a motion which relates to the subjects at issue in the pending motion, a written final order on which is expected in the coming days. Diamond Resorts would like to refer to and provide such order to this Court in its Reply brief in order to avoid inconsistent/conflicting rulings and to provide a better context as to the relevant issues. This is the parties' second request for an extension of time related to this filing.

**IT IS SO STIPULATED**

DATED: February 18, 2021

WILEY PETERSEN

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
*Attorneys for Diamond Resorts*
*U.S. Collection Development, LLC*

DATED: February 18, 2021

O'GRADY LAW GROUP

By: \s\ William O'Grady
WILLIAM J. O'GRADY, ESQ.
Nevada Bar No. 10415
1980 Festival Plaza Dr. Suite 300
Las Vegas, NV 89135
*Attorneys for O'Grady Law Group*

**ORDER**

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

\ \ \

\ \ \

\ \ \

IT IS HEREBY ORDERED that the time for Diamond Resorts to file a Reply in support of Diamond Resorts' Motion to Compel Compliance with Subpoena issued August 31, 2020 (ECF No. 1), shall be continued to February 26, 2021.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 18, 2021

Submitted by,

WILEY PETERSEN

By:_____

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
*Attorneys for Diamond Resorts
U.S. Collection Development, LLC*